**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gregory Lee TURNER, Defendant—Appellant.**

No. 98–50384.

D.C. No. CR–97–00233–JMI–03.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 16, 1999.

Decided Aug. 14, 2002.

---

Before BROWNING, KOZINSKI and WARDLAW, Circuit Judges.

ORDER *

The petition for rehearing is GRANTED. Our previous disposition, filed on September 28, 2000, is withdrawn.

The Supreme Court held in *United States v. Vonn,* — U.S. ——, 122 S.Ct. 1043, 152 L.Ed.2d 90 (2002), that "there are circumstances in which defendants may be presumed to recall information provided to them prior to the plea proceeding." *Id.* at 1055. Turner acknowledged his right to counsel at his initial appearance and at a pre-arraignment hearing. He also signed a statement acknowledging his right to counsel. Based on this record, we presume that Turner recalled his right to counsel at the plea colloquy. *See id.* The judge's failure to advise him of that right at the colloquy thus did not affect his substantial rights. *See id.* at 1046.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.